# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MUÑOZ PONCE,<br><br>       Petitioner,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,<br><br>      Respondent. | Case No. 5:26-cv-01545-VBF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing the action without prejudice.

Dated: _____July 2, 2026_____

*Valerie Baker Fairbank*

_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE