JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MUÑOZ PONCE,<br><br>                    Petitioner,<br><br>       v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT.,<br><br>                    Respondent. | Case No. 5:26-cv-01545-VBF-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED and this action is dismissed without prejudice.

Dated: July 2, 2026

_Valerie Baker Fairbank_
_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE